No. 79–97. CALIFORNIA RETAIL LIQUOR DEALERS ASSN. *v.* MIDCAL ALUMINUM, INC., ET AL. Ct. App. Cal., 3d App. Dist. [Certiorari granted, *ante,* p. 824.] Motion of the State of California for divided argument granted. MR. JUSTICE BRENNAN took no part in the consideration or decision of this motion.

No. 79–381. WENGLER *v.* DRUGGISTS MUTUAL INSURANCE Co. ET AL. Sup. Ct. Mo. [Probable jurisdiction noted, *ante,* p. 924.] Motion of appellant to dispense with printing appendix granted.

No. 79–408. CITY OF MILWAUKEE ET AL. *v.* ILLINOIS ET AL. C. A. 7th Cir.;
No. 79–571. ILLINOIS *v.* CITY OF MILWAUKEE ET AL. C. A. 7th Cir.; and
No. 79–552. MITSUI & Co., LTD., ET AL. *v.* INDUSTRIAL INVESTMENT DEVELOPMENT CORP. ET AL. C. A. 5th Cir. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 79–5567. BAKER *v.* GEORGIA. Sup. Ct. Ga. Motion of petitioner to expedite consideration of petition denied.

No. 79–5553. GOODSON *v.* CIVILETTI, ATTORNEY GENERAL, ET AL.; and
No. 79–5561. BROWN *v.* BLACKBURN, WARDEN. Motions for leave to file petitions for writs of habeas corpus denied.

No. 79–5345. WINKLE *v.* GREISA, U. S. DISTRICT JUDGE, ET AL. Motion for leave to file petition for writ of mandamus denied.

No. 79–509. EXXON CORP. *v.* DEPARTMENT OF REVENUE OF WISCONSIN. Appeal from Sup. Ct. Wis. Probable jurisdiction noted.